IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAURICE LAMONT SEARS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO.11-00719-KD-B |
| | * |
| | * |
| **ANTHONY WILLIAMS,** *et al.*, | * |
| | * |
| Defendants. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 3, 2013, is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants White, Meyer, Hetrick, Mosley, Thomas, Bentley and Personnel Department, are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), as the claims against them are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this the **25**<sup>th</sup> day of **February 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**